UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **WILLIAM WILLIS,** | : | VIOLATIONS: 18 U.S.C. §3146(a)(1) |
| **Defendant.** | : | (Failure to Appear While on Pretrial Release) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about September 1, September 6, and September 8, 2005, within the District of Columbia, **WILLIAM WILLIS**, having been charged with felony offenses in violation of Title 18, United States Code, Sections 371 and 1344, and having been previously released pursuant to Chapter 207 of Title 18, United States Code, in connection with this aforementioned criminal charges, for appearance before the Honorable Ricardo M. Urbina, for a pretrial conference in Case No. 92-54, entitled United States v. William Willis, did knowingly and willfully fail to appear as required.

(**Failure to Appear While on Pretrial Release**, in violation of Title 18, United States Code, Section 3146(a)(1))

### COUNT TWO

On or about September 16, 2005, within the District of Columbia, **WILLIAM WILLIS**, having been charged with felony offenses in violation of Title 18, United States Code, Sections 371 and 1344, and having been previously released pursuant to Chapter 207 of Title 18, United States

Code, in connection with this aforementioned criminal charges, for appearance before the Honorable Ricardo M. Urbina, for a jury selection in Case No. 92-54, entitled United States v. William Willis, did knowingly and willfully fail to appear as required.

(**Failure to Appear While on Pretrial Release**, in violation of Title 18, United States Code, Section 3146(a)(1))

## COUNT THREE

On or about September 19, 2005, within the District of Columbia, **WILLIAM WILLIS**, having been charged with felony offenses in violation of Title 18, United States Code, Sections 371 and 1344, and having been previously released pursuant to Chapter 207 of Title 18, United States Code, in connection with this aforementioned criminal charges, for appearance before the Honorable Ricardo M. Urbina, for a trial in Case No. 92-54, entitled United States v. William Willis, did knowingly and willfully fail to appear as required.

(**Failure to Appear While on Pretrial Release**, in violation of Title 18, United States Code, Section 3146(a)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.