**FILED**

NOV 1 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
          v.                     :       Criminal Action No.: 05-0384 (RMU) — File
                                 :       92-0054
WILLIAM WILLIS,                  :
                                 :
          Defendant(s).          :

## CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this _1st_ day of _Nov._ 2005,

**ORDERED** that the parties file all:

Pretrial Motions\Notices    on or before  _Nov. 15 2005_ ;

Oppositions                 on or before  _Nov. 29 2005_ ; and

Replies                     on or before  _Dec. 6 2005_ ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on _Nov. 17 2005_, at _9:45_; and

A motions hearing on _Jan. 19, 2006_, at _2:15_;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.