UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-384 |
| | : | |
| v. | : | |
| | : | |
| William Willis | : | |
| | : | |
| Defendant. | | |

NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is being withdrawn from Assistant United States Attorney Eileen C. Mayer, Bar Number 294-215, telephone number (202) 514-9736 and this is notice of her withdrawal in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Eileen C. Mayer
ASSISTANT UNITED STATES ATTORNEY
Bar No. 294-215
555 4th Street, N.W., Room 5842
Washington, DC 20530
(202) 514-9736