UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: 05-384 (RMU) |
| | : | |
| v. | : | |
| | : | Trial Date: March 10, 2006 |
| **WILLIAM WILLIS** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULE 902(11)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that it intends to introduce evidence pursuant to Fed. R. Evid. 902(11).

The Federal Rules of Evidence allow for business records to be admitted in evidence at trial without a custodian of records testifying about their authenticity. Fed. R. of Evid. 902(11), which went into effect on December 1, 2000, reads as follows:

Rule 902. Self-authentication

   Extrinsic evidence of authenticity as a condition precedent to admissibility is not required with respect to the following:

* * *

(11) Certified domestic records of regularly conducted activity. — The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under Rule 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record —

   (A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   (B) was kept in the course of the regularly conducted activity; and

>    (C) was made by the regularly conducted activity as a regular practice.

A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them.

Pursuant to Rule 902(11), the government hereby gives written notice of its intention to introduce evidence consisting of business records from the following entities:

> Carroll County Bank and Trust Company of Maryland (succeeded by BB&T)
> Chrysler Credit Corporation of Maryland (succeeded by Daimler Chrysler Financial Services)
> First American Bank of Virginia (succeeded by Wachovia Bank)
> The Bank of Baltimore (succeeded by Wachovia Bank)
> Century Credit Corporation of Maryland
> GMAC
> Barnett Bank
> Loyola Federal Savings and Loan (succeeded by Sun Trust Bank)
> Jefferson Bank and Trust Company of Maryland (succeeded by The Columbia Bank)
> Porsche Financial Services
> American Security Bank, N.A.
> R & H Motor Cars, Ltd.
> Ritchie Nissan, Inc. (succeeded by Sheehy Nissan)

All of the business records the government seeks to introduce pursuant to this Rule have been designated and made available to the defendant during discovery. The government has obtained the necessary declarations and will furnish those to defendant prior to trial. By seeking to admit evidence pursuant to Rule 902(11), the government anticipates that this will decrease the total number of witnesses and otherwise shorten the length of the trial.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    UNITED STATES ATTORNEY


    _____
    DAVID C. WOLL, JR., D.C. Bar 452454
    AMY JEFFRESS, D.C. Bar 449258
    ASSISTANT UNITED STATES ATTORNEYS
    555 4th Street, N.W., Room 5919
    Washington, D.C. 20530
    (202) 514-4250