**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Criminal No. 05-384 (RMU)** |
| **WILLIAM A. WILLIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**O R D E R**

Upon consideration of Defendant Willis's Motion to Compel Election Among

Multiplicitous Firearm Counts, the Memorandum in Support thereof, the government's Response

thereto, and the entire record in this matter, it is this _____ day of _____, 2006,

hereby

ORDERED, that defendant Willis's Motion is granted; and it is further

ORDERED, that the prosecution shall elect among the three multiplicitous 18

U.S.C. § 3146(c) counts pending against Mr. Willis (Counts 1 and 2 and 3); and it is further

ORDERED, that the prosecution shall file forthwith with the Court and serve on

defense counsel a notice identifying which of the § 3146(c) counts against Mr. Willis it elects to

proceed upon at trial or an unopposed amended indictment;

SO ORDERED this _____ day of _____, 2006.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE