UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 05-384(RMU) |
| v. | : | |
| | : | |
| WILLIAM WILLIS | : | Sentencing: September 5, 2006 |

### GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE SENTENCING MEMORANDA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby asks leave of the Court for an enlargement of time within which the parties may file their memoranda in aid of sentencing. The reasons for this request are as follows:

On March 13, 2006, the defendant entered a plea of guilty in these cases. On that date, the Court set forth a schedule for the production of the Presentence Report and for the filing of sentencing memoranda. The parties were directed to file memoranda in aid of sentencing no later than eight business days after the disclosure of the final presentence report. That report was disclosed on May 16, 2006, so the Court's Order requires the parties to file sentencing memoranda no later than May 26, 2006.

Due to the complexity of these cases and the handling of other matters, the undersigned Assistant United States Attorneys will not have sufficient time to prepare an adequate memorandum in aid of sentencing by May 26, 2006. Assistant United States Attorney Amy Jeffress has spoken with defense counsel, Assistant Federal Public Defender Tony Axam, who indicated that he would also need an enlargement of time for the filing of defendant's memorandum. Counsel agreed that we would be able to file these memoranda by July 3, 2006, which is still well in advance of the September 6, 2006, sentencing date.

Accordingly, the government requests that the Court grant this motion and sign the attached proposed Order allowing the parties until July 3, 2006, for filing memoranda in aid of sentencing.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
DAVID WOLL
AMY JEFFRESS, D.C. Bar 449258
ASSISTANT UNITED STATES ATTORNEYS
555 4th Street, N.W., Room 4104
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-384(RMU) |
| v. : | |
| : | |
| WILLIAM WILLIS : | Sentencing: September 5, 2006 |

**ORDER**

Upon consideration of the government's unopposed motion for an enlargement of time within which to file its sentencing memorandum in these cases, it is hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that any party wishing to submit a memorandum in aid of sentencing must file that memorandum on or before July 3, 2006.

_____
Ricardo M. Urbina
United States District Judge

Copies to:

AUSA Amy Jeffress
AUSA David Woll
Office of the United States Attorney
555 Fourth Street NW
Washington, DC 20530

AFPD Tony Axam
AFPD Rita Bosworth
Office of the Federal Public Defender
625 Indiana Avenue NW
Washington, DC 20004

3