UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
: Criminal No. 05-384(RMU) — File
v. :
:
WILLIAM WILLIS : Sentencing: September 5, 2006

### ORDER

Upon consideration of the government's unopposed motion for an enlargement of time within which to file its sentencing memorandum in these cases, it is hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that any party wishing to submit a memorandum in aid of sentencing must file that memorandum on or before July 3, 2006.

_____
Ricardo M. Urbina
United States District Judge

Copies to:

AUSA Amy Jeffress
AUSA David Woll
Office of the United States Attorney
555 Fourth Street NW
Washington, DC 20530

AFPD Tony Axam
AFPD Rita Bosworth
Office of the Federal Public Defender
625 Indiana Avenue NW
Washington, DC 20004