2/27  **ADVANCE PAYMENTS**

I-5,50
02

(✓) INCLUDING INT.

| Cust. Name | Unit | Mo. Pmt. | Due Fr Cust. | Advance Paid | |
|---|---|---|---|---|---|
| Smith | '85 Cressida | 40 Due 353.19 | —0— | Paid in Full | $14,127.60 ✓ |
| Tinney, R | '86 4 Runner | 536.35 | 400/mo 6 months 2,400. | | $7,000. $24,135.75 |
| Harrison, C | '86 Maxima | 34 Due 369.91 | 2,000. | Paid in Full Except | $12,576.94 ✓ |
| Smith | '86 420 SEL | 47 Due 962.39 | —0— | Paid in Full | $45,232.33 ✓ |
| Ross, J | '84 300 SD | 27 Due 791.16 | $14,000. | Paid in Full Except | $21,361.32 |
| Miller, K | '85 Jetta | 33 295.51 | $1,000 | Paid in Full Except | $9,751.83 ✓ |
| Tinney, R | '87 N. Sentra | 44 252.70 | Aft 1 yr 252.70 | 2,700 ext | $11,118.80 |
| Jimmerson, L | '84 Chev Corvette | Lease 60 mo 964.66 | June '87 950. | Paid thru May '17 | $10,916.84 20 DBL |
| Massey | '85 T. Corolla | 15 Due 270.24 | —0— | Paid in Full | $2,553.60 ✓ |
| Daugherton, J | '84 Chev Blzr | 23 Due 365.79 | May '87 356.79 | Paid thru My 87 | $8,183.17 |
| Asmurias, J | '86 Jeep Cherokee | 52 Due 372.14 | —0— | Paid in Full | Principal when pd only $14,351.28 Full |
| Smith | '86 560 SL | 50 Due 825.83 | —0— | Paid in Full | $41,296.50 ✓ |
| Smith | '86 300 ZX | 54 Due 443.48 | —0— | Pd In | $23,947.92 ✓ |
| Ray | '87 Porsche 928 | 59 Due 1020.00 | —0— | Paid in F | $60,180.00 ✓ |
| Smith | '86 Maxima | 49 Due 322.67 | —0— | Paid in F | $16,006.83 ✓ |
| | '87 Maxima | 52 Due 356.47 | —0— | Paid F | $19,962.32 ✓ |
| | '86 560 SEC | 53 Due 933.08 | —0— | Paid F | $49,453.24 ✓ |
| | '86 420 SEL | 46 Due 829.37 | —0— | Paid F | $38,149.64 ✓ |
| Hall, Wm | '87 300 ZX | 55 Due 433.74 | —0— | Paid F | $27,485.70 ✓ |
| | '86 928 Porsche | 52 Due 923.52 | —0— | Paid F | $48,023.04 ✓ |
| Adams, A | '86 190 E | 56 Due 428.29 | —0— | Paid | $24,006.64 ✓ |
| | '86 IROC Z28 | 34 Due 428. | —0— | Paid | $14,586. ✓ |
| Tinney, R | '84 380 SE | 27 Due 920.44 | 14,000 | 10,000 | $24,861.88 ✓ |
| Ross, J | '85 S10 Blzr | 14 Due 373.63 | —0— | Paid | $12,705.46 ✓ |
| | '85 S10 Blzr | 23 Due 379.30 | —0— | Paid | $8,723.90 ✓ |
| | '85 BMW 528 | 52 Due 455.30 | —0— | Paid | $23,675.60 |
| Stewart | '87 Maxima | 54 Due 410.97 | 6,000 | Paid Except | $22,192.38 ✓ |
| | '87 Maxima | 52 Due 391.59 | —0— | Paid | $20,362.68 |
| Tinney, R | '86 Linc Continental | 52 Due 380.92 | 10,000 | Paid. 15,000 | $20,329.92 |
| | '86 325 BMW | 41 Due 396.32 | Apr '87 | | $16,249.12 |
| Luke | '86 560 SL | 49 Due 986.33 | 1,000/mo. | Down 20,000 | $48,330.17 |

As of 2/27

## ADVANCE PAYMENTS

I-5-11 / 82

| CUST NAME | UNIT | MO AMT | DUE FR CUST | ADVANCE / FEE |
|---|---|---|---|---|
| | '84 Audi 5000 T. | 12 DUE 595.55 | —0— | PAID $10,124.35 ✓ |
| | '86 560 SL | 36 DUE 862.51 | —0— | PAID $30,187.86 ✓ |
| DUNCAN, D | '85 500 SEC | 46 DUE 912.45 | 19,800.00 | $41,972.70 |
| SMITH, | '87 924 PORSCH | 60 DUE 552.44 | 10,000.00 | ✓ $33,146.40 |
| ASLEH, D | '85 SUBARU GL | 28 DUE 245.73 | —0— | PAID $6,982.12 ✓ |
| HUTCHINSON, R | '86 560 SEL | 38 DUE 955.88 | —0— | PAID $36,323.44 ✓ |
| | '87 PORSCH 928 S | 60 DUE 927.59 | —0— | PAID $9,627.40 ✓ |
| HICKS, | '84 380 SE | 22 DUE 437.15 | 6,500 | $25,303.05 ✓ |

```
              O . C

        14,127.60  +
        24,135.75  +
        12,576.94  +
        45,232.33  +
        21,361.32  +
         9,751.83  +
        11,118.80  +
        25,000.00  +
         2,553.60  +
         8,183.17  +
        19,351.28  +
        41,296.50  +
        23,947.92  +
        60,180.00  +
        16,006.83  +
        19,962.32  +
        49,453.24  +
        38,149.64  +
        27,485.70  +
        48,023.04  +
        24,006.64  +
        14,586.00  +
        24,851.88  +
        12,705.46  +
         8,723.90  +
        23,675.60  +
        22,192.38  +
        20,362.68  +
        20,329.92  +
        16,249.12  +
        48,330.70  +
        10,124.35  +
        30,187.85  +
        41,972.70  +
        33,146.40  +
         6,882.12  +
        36,323.44  +
        59,627.40  +
        25,303.05  +
 039
       997,479.40  ◊
        2,000.00  -
       10,000.00  -
       14,000.00  -   LUMP
        6,000.00  -   SUM
       10,000.00  -   (PRICED
       19,000.00  -   TO BE
       10,000.00  -   RCVD FROM
        6,500.00  -   CUST.)
 047
      ( 919,979.40 ) *

       CASH PREPAID
       BY CUSTOMERS.
```