

GOVERNMENT EXHIBIT

**WW101**

Cr. #  92-54 (RMU)