

GOVERNMENT EXHIBIT
**CPI202**
Cr. # 92-54 (RMU)