# CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

FOR USE ONLY AS AUTHORIZED BY DMV

**A8859986**   IDENTIFICATION   CLASS:   EXP DATE: 12/16/1996

**AUGUSTUS DON MOSLEY**
2185 SPENCER AVE

POMONA, CA 91767

DOB: 12/16/63
SEX: M
HAIR: BLK   HEIGHT: 507
EYES: BRN   WEIGHT: 169
APP DATE: N/A   APP OFFICE: N/A
ISSUE DATE: 07/09/1991   ISSUE OFFICE: 616
PHOTO DATE: N/A   PHOTO OFFICE: N/A
PHOTO SEQ #: 0000
TECHNICIAN ID: B8   TYPE APP: I
RSTR:
ENDORS:



State of California
DEPARTMENT OF MOTOR VEHICLES

I hereby certify that the document to which this is affixed is a true copy of the records of the Department of Motor Vehicles.

Motor Vehicle File No. _____

Date _____   Signed _____

In accordance with Section 1813 CVC, the above employee of the Department of Motor Vehicles has been authorized to prepare under seal and certify copies of records of this Department.



*Augustus Don Mosley*

Machine: RETSTA_1  (RWS Ver 3.03)
03/28/2005 09:12:27