# CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

FOR USE ONLY AS AUTHORIZED BY DMV

**A3723823**   DRIVERS LICENSE   CLASS: C   EXP DATE: 12/18/1995

**MARK W MOSLEY**
4848 SEDGWICK AVE

RIVERSIDE, CA 92507

DOB: 12/18/52
SEX: M
HAIR: BLK          HEIGHT: 508
EYES: BRN          WEIGHT: 175
APP DATE: N/A              APP OFFICE: N/A
ISSUE DATE: 03/27/1992     ISSUE OFFICE: 678
PHOTO DATE: N/A            PHOTO OFFICE: N/A
PHOTO SEQ #: 0000
TECHNICIAN ID: A4          TYPE APP: D
RSTR:
ENDORS:

State of California
DEPARTMENT OF MOTOR VEHICLES

I hereby certify that the document to which this is affixed is a true copy of the records of the Department of Motor Vehicles.

Motor Vehicle File No. A3723823
Date MAR 9 2005   Signed [signature]

In accordance with Section 1813 CVC, the above employee of the Department of Motor Vehicles has been authorized to prepare under seal and certify copies of records of this Department.

[Signature: Mark W Mosley]

Machine: RETSTA_1  (RWS Ver 3.03)
03/09/2005 08:01:11