# CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

FOR USE ONLY AS AUTHORIZED BY DMV

**B4142385**   DRIVERS LICENSE   CLASS: C   EXP DATE: 05/22/1996

**CHRISTOPHER A ROBERTS**
5012 FRAZEE RD
OCEANSIDE, CA 92057

DOB: 05/22/65
SEX: M
HAIR: BLK         HEIGHT: 510
EYES: BRN         WEIGHT: 175
APP DATE: N/A            APP OFFICE: N/A
ISSUE DATE: 12/02/1992   ISSUE OFFICE: 637
PHOTO DATE: N/A          PHOTO OFFICE: N/A
PHOTO SEQ #: 0000
TECHNICIAN ID: C1        TYPE APP: D
RSTR:
ENDORS:



State of California
DEPARTMENT OF MOTOR VEHICLES



I hereby certify that the document to which this is affixed is a true copy of the records of the Department of Motor Vehicles.

Motor Vehicle File No. _____

Date _____   Signed _____

In accordance with Section 1813 CVC, the above employee of the Department of Motor Vehicles has been authorized to prepare under seal and certify copies of records of this Department.

Signed: *Christopher A Roberts*

Machine: RETSTA_4  (RWS Ver 3.03)
03/28/2005 10:20:36