# CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

FOR USE ONLY AS AUTHORIZED BY DMV

**B4311156**   IDENTIFICATION   CLASS:   EXP DATE: 03/13/1999

**MARC MOSELEY**
125 W 65TH ST

LOS ANGELES, CA 90003

DOB: 03/13/63
SEX: M
HAIR: BLK          HEIGHT: 508
EYES: HZL          WEIGHT: 190
APP DATE: N/A      APP OFFICE: N/A
ISSUE DATE: 06/24/1993   ISSUE OFFICE: 609
PHOTO DATE: N/A    PHOTO OFFICE: N/A
PHOTO SEQ #: 0000
TECHNICIAN ID: 05  TYPE APP: I
RSTR:
ENDORS:





State of California
DEPARTMENT OF MOTOR VEHICLES

I hereby certify that the document to which this is affixed is a true copy of the records of the Department of Motor Vehicles.

Motor Vehicle File No. _____

Date _____  Signed _____

In accordance with Section 1813 CVC, the above employee of the Department of Motor Vehicles has been authorized to prepare under seal and certify copies of records of this Department.

*Marc Moseley*

Machine: RETSTA_4  (RWS Ver 3.03)
03/28/2005 10:20:48