# CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

FOR USE ONLY AS AUTHORIZED BY DMV

**A3723823**  DRIVERS LICENSE  CLASS: F  EXP DATE: 12/18/2004

**MARK W MOSLEY**
4848 SEDGWICK AVE

RIVERSIDE, CA 92507

DOB: 12/18/1952
SEX: M
HAIR: BLK   HEIGHT: 508
EYES: BRN   WEIGHT: 180
APP DATE: 12/15/1999   APP OFFICE: 545
ISSUE DATE: 12/15/1999   ISSUE OFFICE: 545
PHOTO DATE: 12/15/1999   PHOTO OFFICE: 545
PHOTO SEQ #: 3911
TECHNICIAN ID: 25   TYPE APP: D
RSTR:
ENDORS:



State of California
DEPARTMENT OF MOTOR VEHICLES

I hereby certify that the document to which this is affixed is a true copy of the records of the Department of Motor Vehicles.

Motor Vehicle File No. A3723823
Date MAR 9 2005   Signed [signature]

In accordance with Section 1813 CVC, the above employee of the Department of Motor Vehicles has been authorized to prepare under seal and certify copies of records of this Department.

Machine: RETSTA_1 (RWS Ver 3.03)
03/09/2005 08:00:30