# CALIFORNIA DEPARTMENT OF
# MOTOR VEHICLES

FOR USE ONLY AS AUTHORIZED BY DMV

**D6455061**    DRIVERS LICENSE    CLASS: F    EXP DATE: 12/16/2006

## WILLIAM AUGUSTUS WILLIS
PO BX 5110

RIVERSIDE, CA 92517

DOB: 12/16/1943
SEX: M
HAIR: BRN        HEIGHT: 509
EYES: HZL        WEIGHT: 200
APP DATE: 11/18/2003        APP OFFICE: 619
ISSUE DATE: 12/12/2003      ISSUE OFFICE: 545
PHOTO DATE: 11/18/2003      PHOTO OFFICE: 619
PHOTO SEQ #: 6911
TECHNICIAN ID: 13           TYPE APP: D
RSTR:
ENDORS:

State of California
DEPARTMENT OF MOTOR VEHICLES

I hereby certify that the document to which this is affixed
is a true copy of the records of the Department of Motor Vehicles.

Motor Vehicle File No. D6455061
Date MAR 9 2005    Signed

In accordance with Section 1813 CVC, the above employee of the
Department of Motor Vehicles has been authorized to prepare
under seal and certify copies of records of this Department.

Machine: RETSTA_1  (RWS Ver 3.03)
03/09/2005 08:01:17