

GOVERNMENT EXHIBIT
**No. AZ-109**
Cr. # 92-54 (RMU)