

GOVERNMENT EXHIBIT

No. AZ-101

Cr. # 92-54 (RMU)