

GOVERNMENT EXHIBIT

No. AZ-104

Cr. # 92-54 (RMU)