**HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 1 CR-05-0384 |
| vs. | : | SSN: |
| Willis, William | : | Disclosure Date: <u>April 24, 2006</u> |

**RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT**

FILED
SEP 5 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>**For the Government**</u>
(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.

    (✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____      5/8/06 _____
Prosecuting Attorney                                                         Date

<u>**For the Defendant**</u>
(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.

    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____
**Defendant**               **Date**            **Defense Counsel**          **Date**

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 8, 2006</u>, to U.S. Probation Officer <u>Deborah A. Stevens-Panzer</u>, telephone number <u>(202) 565-1422</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
      United States Probation Officer

HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: | CR-05-0384 |
| --- | --- | --- | --- |
| vs. | : | SSN: | |
| Willis, William | : | Disclosure Date: April 24, 2006 | FILED |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

SEP 5 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     5/8/06
Prosecuting Attorney                      Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

| Defendant | Date | Defense Counsel | Date |
| --- | --- | --- | --- |

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 8, 2006**, to U.S. Probation Officer **Deborah A. Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

**Receipt and Acknowledgment** Page 2

See attached

Signed by: _Amy [signature]_
(~~Defendant/Defense Attorney~~/AUSA)

Date: 5/8/06



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

District of Columbia

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 8, 2006

Ms. Deborah Panzer
Senior United States Probation Officer
By Facsimile: (202) 273-0242

    Re:    Presentence Report for <u>United States v. William Willis</u>
                    Crim. No. 05-384(RMU)

Dear Ms. Panzer:

      We have the following suggested changes to the draft Presentence Report, prepared on April 24, 2006:

      Page 1: Please add Assistant United States Attorney David C. Woll as an additional prosecuting attorney.

      Page 3: The draft report notes that Willis uses Mark William Moseley as an alias. He used numerous other aliases as well. We have copies of false identification cards bearing Willis's photograph with the following names: Augustus Don Moseley, Marc Moseley, and Christopher Roberts. These names should be added as additional aliases.

      Page 4, paragraph 3: The first line of this paragraph should read: On September 13, 2005, the government filed a five-count retyped Indictment, eliminating counts that were dismissed by the Court in response to pretrial motions. (The date was wrong in the original sentence, and the sentence should be corrected because the Grand Jury did not act again on this case.)

      Page 4, paragraph 8: There were two other coconspirators who pled guilty for their participation in Willis's conspiracy. They are Mary D. Woodard (Case No. 91-718) and Lori Rones (Case No. 92-052).

      Page 8, paragraph 32: Typographical error – CPO should read CPI.

      Page 9, paragraph 38: Typographical error – PCI should read CPI.

      Page 17: The report on Willis's financial condition should include any assets that he has

Page 9, paragraph 38: Typographical error – PCI should read CPI.

Page 17: The report on Willis's financial condition should include any assets that he has in his aliases. Willis may have property in Arizona and California under the name Mark Moseley and other aliases.

Page 18, paragraph 100: The defendant did not enter into a written plea agreement with the government. The government did agree, however, to dismiss the remaining counts other than the counts to which the defendant pled guilty.

Page 19, paragraph 111: Typographical error – this sentence should specify that for Count 3 the maximum fine is $250,000.

Page 20, paragraph 118: There are other victims in addition to the banks in this case. Specifically, the straw purchasers whose names and credit information Willis used to obtain financing for the cars that he procured for CPI's customers were usually the ones who had to pay off the loans that the banks had made on the cars. These individuals suffered financial losses and endured years of credit problems as a result of Willis's scheme. The government will provide additional information about these victims' losses and the restitution that is owed them at the time of sentencing.

Thank you for your consideration of these suggestions.

Sincerely,

Amy Jeffress
Assistant United States Attorney

David Woll
Assistant United States Attorney

cc: Tony Axam
Rita Bosworth



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

## FACSIMILE COVER SHEET

DATE: 5/8/06

TO: Deborah Panzer

USPO

FAX NO.: 273 - 0242

TEL. NO.: 

FROM: AUSA Amy Jeffress
Deputy Chief, Organized Crime and Narcotics Trafficking Section

Tel. (202) 514-7624
Fax (202) 616-2296
amy.jeffress@usdoj.gov

ADDITIONAL INFORMATION: 

NUMBER OF PAGES INCLUDING COVER SHEET: 5

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A.J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

May 12, 2006

Ms. Deborah Stevens-Panzer
United States Probation Officer
U.S. District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

FILED

SEP 5 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE:   U.S. v. William A. Willis       (RMU)
             CR 05-0384

Dear Ms. Stevens-Panzer

    Attached please find the Receipt and Acknowledgment of the Presentence Investigation Report signed by me, indicating that there is a material factual inaccuracies in the pre-sentence report.

    Specifically, paragraph 59 notes that the underlying offense is punishable by 15 years or more when it should reflect that the underlying offenses (Bank Fraud and Conspiracy) are each punishable by a maximum of 5 years. As a result, under U.S.S.G. §2J1.6(b)(2)(A), the offense level should be increased by six points and not by nine, thus yielding an adjusted offense level of twelve. This yields a sentencing guideline range six to twelve months on the charge of failing to appear.

    There are several minor matters I also wish to address. Mr. Willis does not recall being arrested for the offenses listed in paragraphs 73 and 74, or being in Georgia during the time period related to those arrests. Mr. Willis remembers being arrested for the Armed Robbery listed in paragraph 72, but recalls that he was exonerated and the charges were dismissed after the person who committed the crime was identified by the victim.

    Paragraph 98 should reflect that the maximum punishment for this offense is five years.

Thank you for the opportunity to respond to the Presentence Report.

Sincerely,

Tony Axam, Jr.
Assistant Federal Defender

cc:   Amy Jeffress, Esq.
      David Woll, Esq.