UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :   Criminal Action No.: 05-0384 (RMU)
                                  :
WILLIAM WILLIS,                   :
                                  :
            Defendant(s).         :

## ORDER

It is this **31** day of **October** 2006,

ORDERED that a progress hearing in the above-captioned case shall take place on **April 23, 2007** at **10:30**.

**SO ORDERED.**

FILED
OCT 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Ricardo M. Urbina
United States District Judge