United States District Court
for the District of Columbia

United States of America      :
                              :
                              :  Criminal No. 05-0384
v.                            :
                              :
William A. Willis             :

**FILED**

OCT 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER AMENDING JUDGMENT</u>

Upon oral request of Probation Officer Pedro Tavares for an amendment to the judgment filed this case of September 11, 2006, it is this 31st day of October 2006,

ORDERED that the judgment filed in this case on September 11, 2006, be and is hereby, amended to read that: "the three (3) year term of supervised release imposed in this case (Cr. 05-0384) is to run concurrently with the five (5) year term of probation imposed in Cr. 92-0054".

_____
United States District Court Judge