UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Case No.: |
| | : | 05-0384 (RMU) —File |
| WILLIAM WILLIS, | : | |
| Defendant. | : | **FILED** |
| | | APR 2 3 2007 |
| | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

<u>ORDER</u>

It is this 23 day of April 2007,

**ORDERED** that a progress hearing in the above-captioned cases shall take place on Oct. 30, 2007 at 10 AM.

**SO ORDERED.**

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge