UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-384 (RMU) |
| v. | : | |
| | : | |
| WILLIAM WILLIS | : | |
| | : | |
| **Defendant.** | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Edward A. O'Connell, at telephone number (202) 514-6997 and/or email address Edward.OConnell@usdoj.gov this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Edward A. O'Connell
Assistant United States Attorney
Organized Crimes and Narcotics Trafficking
555 4th Street, NW, Room 4122
Washington, DC 20530
202-514-6997