**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA             :

      v.                                   :       Criminal Case No.:

                                                 :       05-0384 (RMU) — _File_

WILLIAM WILLIS,                      :

            Defendant.               :

**FILED**

OCT 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this _30_ day of _October_ 2007,

**ORDERED** that a _status_ hearing in the above-captioned cases shall

take place on _May 12, 2008_ at _10:15_.

**SO ORDERED.**

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge