UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
v.                            :   Criminal Case No.: 05-0384 (RMU) —File
                              :
WILLIAM WILLIS,               :
                              :
        Defendant.            :

**FILED**
MAY 1 2 2008
Clerk, U.S. District and
Bankruptcy Courts

<u>O R D E R</u>

It is this 12 day of May 2008,

ORDERED that a Status hearing in the above-captioned cases shall take place on Nov. 18, 2008 at 10 AM.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge