UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-384 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **WILLIAM A. WILLIS** | : | |
| | : | |
| **Defendant** | | |

## NOTICE OF FILING

The United States Attorney informs the Court that filed herewith is a Notice to withdraw and terminate United States Attorney EDWARD O'CONNELL's name from the above case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498-610

_____/s/_____
EDDIE O' CONNELL
Assistant United States Attorney
DC Bar 460-233
555 4th Street, N.W. room 3814
Washington, DC 20530
(202)
Edward.O'Connell@usdoj.gov